### E. M. REESE ET AL. V. S. B. OWENS ET AL.

No. 6281. Decided June 19, 1934.
(72 S. W., 2d Series, 1113.)

*G. C. Lowe,* of Woodville, for plaintiffs in error.

*Wheat & Sandlin,* of Woodville, for defendants in error.

MR. JUDGE CRITZ delivered the opinion of the Commission of Appeals, Section A.

The opinion of the Court of Civil Appeals in this case is reported at 48 S. W. (2d). 697. It fully states the law question involved. Since this writ was granted, such law question has been settled by this court adversely to the plaintiff in error. Hunter v. Moore, 122 Texas, 583, 62 S. W. (2d) 97; Red v. Bounds, 122 Texas, 614, 63 S. W. (2d) 544.

The judgment of the Court of Civil Appeals is affirmed.

Opinion adopted by the Supreme Court, June 19, 1934.